IN THE UNITED STATES DISCTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY A/S/O TODD AND GRACE JOHNSTON<br><br>Plaintiff(s),<br>v.<br>BROAN-NUTONE, LLC<br>Defendant(s). | Civil Action No: 2:18-cv-02476-JS |

### JOINT STIPULATION TO DISMISS

AND NOW, this 5th day of December, 2018, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff, Allstate Insurance Company a/s/o Todd and Grace Johnston, and Defendant, Broan-Nutone, LLC,, by and through their undersigned counsel, that this matter, is dismissed with prejudice, and that each party shall bear its own costs and attorney's fees.

| | |
|---|---|
| de LUCA LEVINE LLC<br><br>BY: _____<br>JOSEPH L. MCGLYNN<br>Three Valley Square, Suite 220<br>Blue Bell, PA 19422<br>215-383-0081<br>**ATTORNEY FOR PLAINTIFF** | ECKERT SEAMANS CHERIN & MELLOTT, LLC<br><br>BY: _____<br>JOHN H. WILLIAMS, JR.<br>600 Grant Street, 44th Floor<br>Pittsburgh, PA 15219<br>412-566-2037<br>**ATTORNEY FOR DEFENDANT** |

Dated: December 5, 2018

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY A/S/O TODD AND GRACE JOHNSTON<br>　　　　　Plaintiff(s),<br>　v.<br>BROAN-NUTONE, LLC<br>　　　　　Defendant(s). | Civil Action No: 2:18-cv-02476-JS |

## CERTIFICATE OF SERVICE

I, JOSEPH L. MCGLYNN, hereby certify that a true and correct copy of the Stipulation of Dismissal was served on December 5, 2018, upon counsel via the Courts ecf filing system.

de LUCA LEVINE LLC

BY: _____

**JOSEPH L. MCGLYNN**
PA ID: 201181
Three Valley Square, Suite 220 Blue Bell, PA 19422
215-383-0081
215-383-0082 (fax)
jmcglynn@delucalevine.com
**ATTORNEYS FOR PLAINTIFF**